STATE OF LOUISIANA          *          NO. 2023-KA-0806

VERSUS          *          COURT OF APPEAL

CHARLES M. BANKS JR.          *          FOURTH CIRCUIT

          *          STATE OF LOUISIANA

          *

          *
* * * * * * *


*JCL*          **LOBRANO, J., CONCURS IN THE RESULT**